AO 10
Rev. 1 2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>REINHARDT, STEPHEN R | 2. Court or Organization<br><br>US COURT OF APPEALS 9TH CIRC | 3. Date of Report<br><br>04 17 2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>312 NORTH SPRING STREET<br>ROOM 1747<br>LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 -████████TRUST-EXEMPT C |
| 2. TRUSTEE | TRUST #2 -████████TRUST-NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 -████LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY -1 P 1:10
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/17/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ACLU FOUNDATION OF SO CALIF/ WAGES |
| 2. 2007 | AMERICAN CIVIL LIBERTIES UNION INC OF SOUTHERN CALIF/ WAGES |
| 3. 2007 | LOS ANGELES TIMES/ OP-ED PIECES |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONSTITUTION SOCIETY, UNIVERSITY OF PA | 2/2/07-2/9/07 | PHILADELPHIA, PA | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 2. | AMERICAN CONSTITUTION SOCIETY, GEORGETOWN UNIVERSITY | 3/12/07-3/14/07 | WASHINGTON D C. | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 3. | AMERICAN CONSTITUTION SOCIETY, NEW YORK UNIVERSITY | 3/26/07-3/27/07 | NEW YORK, NY | DEBATE | AIRFARE, LODGING AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
| --- | --- |
| REINHARDT, STEPHEN R | 04 17 2008 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4. | UNIVERSITY OF TULSA COLLEGE OF LAW | 4/8/07-4 9/07 | TULSA, OK | SPEAKING ENGAGEMENT | AIRFARE, LODGING AND TRANSPORTATION |
| 5. | AMERICAN CONSTITUTION SOCIETY, HARVARD LAW SCHOOL | 9/10/07-9/12/07 | BOSTON, MA | OPENING ADDRESS | AIRFARE, LODGING, MEALS AND TRANSPORTATION |
| 6. | AMERICAN UNIVERSITY, WASHINGTON COLLEGE OF LAW | 11/2/07-11/3/07 | WASHINGTON D.C. | MOOT COURT COMPETITION | AIRFARE, LODGING, AND TRANSPORTATION |
| 7. | FEDERALIST SOCIETY | 11/14/07-11/16/07 | WASHINGTON D.C. | PANEL PARTICIPATION | AIRFARE, MEALS, AND TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/17/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/17 2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1: CNB -100 | | | | | | | | | |
| 2. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 1 | A | Dividend | J | T | | | | | |
| 3. - FEDERATED AMERICAN LEADERS FD CL C(FALCX) 1 | A | Dividend | L | T | PARTIAL SELL | 11/21 | K | E | |
| 4. CITY NATIONAL CHECKING ACCOUNTS | | None | M | T | | | | | |
| 5. UNION BANK CHECKING | | None | L | T | | | | | |
| 6. BROKERAGE ACCOUNT #2: CNB -500 | | | | | | | | | |
| 7. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 2 | B | Dividend | K | T | | | | | |
| 8. - COLUMBIA LIFEGOAL BALANCED GROWTH FD C 2 | C | Dividend | M | T | PARTIAL SELL | 1/02 | J | D | |
| 9. TRUST #1 - ████████ TRUST-EXEMPT C | G | Distribution | | | | | | | See Note I Part VIII |
| 10. BROKERAGE A/C #3 CNB 400 | | | | | | | | | |
| 11. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | B | Dividend | K | T | | | | | |
| 12. - CALIF ST ECON V/R 7/01/23 ████ | C | Interest | L | T | | | | | |
| 13. - CALIF ST GENL OBLIG 5/01/34 ████ | A | Interest | L | T | BUY | 3/02 | L | | |
| 14. - LA CALIF WTR & PWWR 7/1/34 ████ | B | Interest | L | T | BUY | 1/31 | L | | |
| 15. - CALIF ST GO 5/01/040 ████ | B | Interest | | | SALE | 4/17 | L | A | |
| 16. - LA CALIF DWAP V/R 7/01/34 ████ | B | Interest | | | SALE | 1/31 | L | A | |
| 17. - CALIF ST DWR V/R5/01/20 ████ | B | Interest | | | SALE | 2/6 | M | A | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - CALIF ST GENL OBLIG 2/01/07 | A | Interest | | | MATURED | 2/1 | J | | |
| 19. - CALIF ST CONSUMER PWR & CONSV REV 3/1/07 | B | Interest | | | MATURED | 3/1 | L | | |
| 20. - CALIF ST GENL OBLIG 3/1/09 | A | Interest | K | T | | | | | |
| 21. - THREE VALLEYS MUN WTR DIST CALIF 11/01/09 | D | Interest | M | T | | | | | |
| 22. - GLENDALE CALIF ELEC WKS REV 5.750% 2/01/12 | D | Interest | M | T | | | | | |
| 23. - SACRAMENTO CALIF MUN UTIL 11/15/12 | B | Interest | L | T | BUY | 5/29 | L | | |
| 24. - ANAHEIM CALIF PUB FING AUTH 10/01/13 | B | Interest | L | T | BUY | 4/18 | L | | |
| 25. - WISCONSIN ST GENL OBLIG 3.000% 5/01/08 | C | Interest | M | T | | | | | |
| 26. - KENDAIL KANE & WILL CNTYS ILL CMNTY 10/01/08 | C | Interest | | | SALE | 10/01 | L | A | |
| 27. - UNIVERSITY ARK UNIV REV 5.000% 12/01/09 | C | Interest | M | T | | | | | |
| 28. - MASSACHUSETTS ST GENL OBLIG 5.250% 8/01/11 | D | Interest | M | T | | | | | |
| 29. - LA CALIF DWAP V/R 3.470% 7/01/34 | A | Interest | | | BUY/SALE | 4/17 | L | A | |
| 30. - CALIF ST GO V/R 3.260% 5/1/34 | A | Interest | | | BUY/SALE | 4/18 | L | A | |
| 31. - OPPENHEIMER INTL BOND FD CL A | E | Dividend | N | T | PARTIAL SELL | 12/31 | J | A | |
| 32. ACACIA PARTNERS. L.P. | | | P1 | T | | | | | |
| 33. BROKERAGE A/C #4 CNB 200 | G | Distribution | | | | | | | |
| 34. - CNI CHARTER FUNDS | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04 17 2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - CA ST GEN OBLIG 5/1/34 | B | Interest | | | SALE | 4/13 | L | A | |
| 36. - CA ST 9.75% 2/1/08 | C | Interest | L | T | | | | | |
| 37. - CALIFORNIA ST 6.4% 9/1/08 | D | Interest | M | T | | | | | |
| 38. - CALIF ST 9.2% 10/01/08 | C | Interest | K | T | | | | | |
| 39. - TURLOCK CALIF IRR DIST REV 5.000% 1/01/09 | B | Interest | L | T | | | | | |
| 40. - WASHINGTON ST GENL OBLIG 5.500% 9/01/07 | B | Interest | | | MATURED | 9/4 | K | | |
| 41. - ORANGE CNTY CALIF TRNS SALE TAX 2/15/10 | A | Interest | K | T | BUY | 7/25 | K | | |
| 42. - SAN DIEGO COMM COLLEGE 8/01/10 | A | Interest | K | T | BUY | 8/2 | K | | |
| 43. - LAUSD 5.250% 7/01/24 | A | Interest | K | T | BUY | 6/20 | K | | |
| 44. - CALIF ST PUB WKS BRD 11/01/24 | A | Interest | K | T | BUY | 5/29 | K | | |
| 45. TRUST #2 - TRUST-NON-EXEMPT C | F | Distribution | | | | | | | See Note 2 Part VIII |
| 46. - BROKERAGE A/C #5 CNB 300 | | | | | | | | | |
| 47. - CNI CHARTER FDS | B | Dividend | K | T | | | | | |
| 48. - EAST BAY CA MUD 4.750% | B | Interest | | | SOLD | 4/13 | M | C | |
| 49. - CALIF INFRASTRUCTURE 4/01/33 | B | Interest | L | T | BUY | 5/15 | L | | |
| 50. JOHN HANCOCK LIFE INS CO - ANNUITY | D | Distribution | L | T | | | | | |
| 51. SYMETRA LIFE INS CO - ANNUITY | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A S1,000 or less | B S1,001 - S2,500 | C =S2,501 - S5,000 | D S5,001 - S15,000 | E -S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F S50,001 - S100,000 | G -S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M S100,001 - S250,000 | |
| | N -S250,001 - S500,000 | O -S500,001 - S1,000,000 | P1 S1,000,001 - S5,000,000 | P2 -S5,000,001 - S25,000,000 | |
| | P3 =S25,000,001 - S50,000,000 | | P4 -More than S50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S Assessment | T =Cash Market | |
| | U -Book Value | V Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04 17 2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH IRA -P48 | D | Distribution | L | T | | | | | |
| 53. - MERRILL LYNCH RETIREMENT RESERCES CL | | | J | T | | | | | |
| 54. - BLACKROCK SMALL CAP | | | J | T | PARTIAL SELL | 12/18 | J | A | |
| 55. - BLACKROCK LARGE CAP | | | J | T | PARTIAL SELL | 12/18 | J | A | |
| 56. - BLACKROCK FUNDAMENTAL | | | J | T | PARTIAL SELL | 12/18 | J | A | |
| 57. - BLACKROCK INTERNATIONAL | | | J | T | PARTIAL SELL | 12/18 | J | A | |
| 58. - BLACKROCK BASIC | | | J | T | PARTIAL SELL | 12/17 | J | A | |
| 59. - BLACKROCK VALUE | | | J | T | PARTIAL SELL | 12/17 | J | A | |
| 60. - BLACKROCK SHORT TERM | | | K | T | PARTIAL SELL | 12/18 | J | A | |
| 61. - BLACKROCK HIGH INCOME | | | J | T | PARTIAL SELL | 12/17 | J | A | |
| 62. - BLACKROCK TOTAL RETURN | | | K | T | PARTIAL SELL | 12/17 | J | A | See Note 3 Part VIII |
| 63. MERRILL LYNCH IRA -A68 | | None | K | T | | | | | |
| 64. - RETIREMENT SERVICES -CL | | | J | T | | | | | |
| 65. -MLJWH STRAT ALLCO FD LP | | | K | T | | | | | |
| 66. MERRILL LYNCH ACLU DEFERRED COMP PLAN IRREV TR-C08 | | | N | T | | | | | |
| 67. -CMA MONEY FUND | | | K | T | | | | | |
| 68. - BLACKROCK LARGE CAP | | | L | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J $15,000 or less | K =$15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| | U =Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -BLACKROCK FUNDAMENTAL | | | | | SOLD | 12/31 | J | A | |
| 70. -BLACKROCK GLOBAL SMALL CAP | | | K | T | | | | | |
| 71. -BLACKROCK GLOBAL | | | K | T | BUY | 5/07 | L | | |
| 72. -BLACKROCK EQUITY DIVIDEND | | | L | T | | | | | |
| 73. - BLACKROCK GLOBAL ALLOCATION | | | L | T | | | | | |
| 74. - BLACKROCK TOTAL RETURN | | | M | T | | | | | See Note 3 Part VIII |
| 75. MERRILL LYNCH - 390 AIG SUN POLARIS PROTECTOR | | None | N | T | | | | | See Note 4 Part VIII |

1 Income Gain Codes.    A  $1,000 or less         B  $1,001 - $2,500       C =$2,501 - $5,000      D  $5,001 - $15,000      E =$15,001  $50,000
  (See Columns B1 and D4)  F  $50,001 - $100,000    G  $100,001 - $1,000,000  H1  $1,000,001 - $5,000,000  H2  More than $5,000,000
2 Value Codes           J  $15,000 or less        K =$15,001 - $50,000    L - $50,001 - $100,000  M  $100,001 - $250,000
  (See Columns C1 and D3)  N  $250,001 - $500,000    O =$500,001 - $1,000,000  P1  $1,000,001 - $5,000,000  P2  $5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                        P4  More than $50,000,000
3 Value Method Codes     Q -Appraisal            R  Cost (Real Estate Only)  S  Assessment          T  Cash Market
  (See Column C2)        U = Book Value          V -Other                   W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 04 17/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1: TRUST #1 - ████████████████ TRUST - EXEMPT C contains BROKERAGE ACCOUNT #3: CNB-400. This brokerage account had income in 2007 consisting of interest, dividends, capital gains, and distributions. TRUST #1 -████████████████ EXEMPT C also holds the following partnership which had no cash income reported: Acacia Partners.

NOTE 2: TRUST #2 -████████████ TRUST - NON-EXEMPT C contains BROKERAGE ACCOUNT #5: CNB-300. This brokerage account had income in 2007 consisting of interest, dividends, and capital gains.

NOTE 3: Blackrock Total Return was shown as Blackrock Bond Fund on the 2006 report.

NOTE 4: Merrill Lynch - 390 AIG Sun Polaris Protector was incorrectly shown as Merrill Lynch - 390 AXA Rosenberg US SM Cap Polaris Protector on the 2006 report. In addition, on the 2006 report, lines 77-89 were listed in error. There were no other securities held under the Merrill Lynch - 390 AIG Sun Polaris Protector in 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544